Milord A. Keshishian, SBN 197835
MILORD & ASSOCIATES, PC
10880 Wilshire Boulevard, Suite 2070
Los Angeles, CA 90024
Telephone: (310) 446-8970
Facsimile: (310) 446-8979
milord@milordlaw.com

**JS-6**

Attorneys for PIPELINE FILMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPELINE FILMS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ARMENIAN MUSIC VIDEO AWARDS, INC. a California corporation; SAMVEL AMIRAGYAN, an individual; SEVAK PETROSYAN, an individual and dba MERIDIAN STUDIOS; SARGIS AMIRAGYAN, an individual and dba ARMENIAN MUSIC CENTER.<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | **Case No.: CV 07-2840 AHM (SSx)**<br><br>**HON. A. HOWARD MATZ**<br><br>**CONSENT DECREE** |

1

**[PROPOSED] CONSENT DECREE**

The Court, having read and considered the Joint Stipulation re Proposed Consent Decree that has been executed on behalf of Plaintiff Pipeline Films, Inc. on the one hand and Defendants Armenian Music Video Awards, Inc. and Sevak Petrosyan, individually and dba Meridian Studios (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Consent Decree shall be and is hereby entered as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b) and 15 U.S.C. §1051, et seq. Service of process was properly made against Defendants.

2. Plaintiff Pipeline Films, Inc. is the owner of the trademark and related intellectual property rights in ARMENIAN MUSIC AWARDS™ and the copyrights in its shows and music and video compilations ("Plaintiff's Properties"), which rights are valid, subsisting and in full force and effect.

3. Plaintiff has expended considerable resources in the creation, protection, and commercial exploitation of its annual awards program featuring Armenian musicians, music and music videos under Plaintiff's Properties, and in the enforcement of its intellectual property rights in Plaintiffs' Properties.

4. Plaintiff has alleged that Defendants have marketed an annual awards program under the ARMENIAN MUSIC VIDEO AWARDS and ARMENIAN MUSIC AWARDS™ marks, which infringe Plaintiff's intellectual property rights in Plaintiff's Properties.

5. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and joined from:

   a. Infringing Plaintiff's trademarks and copyrights in Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to producing, distributing, advertising, selling, offering for sale, renting or offering to rent, any award program which features any of Plaintiff's Properties

("Unauthorized Products"), and, specifically:

  b. Producing, distributing, advertising, selling, offering for sale, renting or offering to rent the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use Plaintiff's Properties or bear a substantial similarity to any of Plaintiff's Properties.

  c. Producing, distributing, advertising, selling, offering for sale, renting or offering to rent, in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use Plaintiff's Properties or bear a confusing similarity to any of Plaintiff's Properties.

  d. Engaging in any conduct that tends falsely to represent that, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of the Defendants, the products sold by Defendants, or the Defendants are connected with Plaintiff, are sponsored, approved or licensed by Plaintiffs, or are affiliated with Plaintiffs;

  e. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, renting or offering to rent or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff's.

9. Defendant Sevak Petrosyan has agreed not to use the term "Armenian," or its transliteration, in association with his business. Further, Defendant has warranted that he will use the term "<u>MClub Annual Music Video Award</u>," with the corresponding annual numeric number for each representative year, which may also be represented as "MClub AMVA."

10. Pursuant to the Joint Stipulation re Entry of Proposed Consent Decree, the Counterclaims in this action, both asserted and unasserted, brought by Claimants Armenian Music Video Awards, Inc. and Sevak Petrosyan, individually and doing business as Meridian Studios, are dismissed in their entirety <u>with prejudice</u>, pursuant to

1  FRCP Rule 41 (c).

2      11.    Each side shall bear its own fees and costs of suit.

3      12.    This Consent Decree shall be deemed to have been served upon Defendants at the time of its execution by the Court.

    13.    The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

    14.    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

DATED:   8/18/08   _____
                                      **HON. A. HOWARD MATZ**
                                      **Judge, United States District Court for the Central District of California**

Presented by:

Milord & Associates, P.C.


By:_____
    Milord A. Keshishian
    Attorneys for Plaintiff
    PIPELINE FILMS, INC.



Andrew Zeytuntsyan, Esq.


By:_____
    Andrew Zeytuntsyan, Esq.
    Attorney for Defendants
    ARMENIAN MUSIC VIDEO AWARDS, INC.
    And SEVAK PETROSYAN, individually and
    dba MERIDIAN STUDIOS

[PROPOSED] CONSENT DECREE

MILORD & ASSOCIATES, PC
10880 Wilshire Boulevard, Suite 2070
Los Angeles, CA 90024
(310) 446-8970